AO 442 (Rev. 01/09) Arrest Warrant

11240068

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.

ALEX OGANDO

*Defendant*

Case: 1:21-mj-00256
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/23/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

RECEIVED FEB 24 '21
U.S. MARSHAL-DC  AM 8:52

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*   **ALEX OGANDO**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute 400 grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl.

Date:   02/23/2021

2021.02.23
15:38:00 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  02-24-21, and the person was arrested on *(date)* 03-31-21
at *(city and state)*  WDC.

Date:  04-07-21

*Arresting officer's signature*

COREY WILLIAMS DEO
*Printed name and title*